**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1976**
_____

VALLIE B. DEAN,

             Plaintiff - Appellant,

      v.

BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY,

             Defendant - Appellee,

      and

PRINCE GEORGE'S COUNTY EDUCATOR'S ASSOCIATION,

             Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge.  (8:11-cv-01197-PJM)

_____

Submitted:  January 23, 2014        Decided:  February 7, 2014

_____

Before SHEDD, DAVIS, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Vallie B. Dean, Appellant Pro Se.  Robert Judah Baror, Linda
Hitt Thatcher, THATCHER LAW FIRM, Greenbelt, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vallie Dean appeals the district court's judgment granting summary judgment to the Defendant in Dean's employment discrimination case. We have reviewed the record and find no reversible error.[*] Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court at the hearing held on July 2, 2013. Dean v. Bd. of Educ. of Prince George's Cnty., No. 8:11-cv-01197-PJM (D. Md. July 3, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] In addition to her substantive claims on appeal, Dean also asserts that the district court's order should be vacated because her counsel was ineffective. However, a litigant in a civil action has no constitutional or statutory right to effective assistance of counsel. Sanchez v. U.S. Postal Serv., 785 F.2d 1236, 1237 (5th Cir. 1986); see Pitts v. Shinseki, 700 F.3d 1279, 1284-86 (Fed. Cir. 2012) (collecting cases recognizing rule), cert. denied, 133 S. Ct. 2856 (2013).